IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS

| | |
|---|---|
| UNITED STATES OF AMERICA | ) |
| | ) |
| v. | ) No. 4:18-CR-23 DPM |
| | ) |
| PAMELA NOBLE | ) |

INFORMATION

THE UNITED STATES ATTORNEY CHARGES THAT:

COUNT ONE

From in or about January 2015 to in or about October 2015, in the Eastern District of Arkansas, Defendant,

PAMELA NOBLE,

while employed as the Financial Secretary of United Steelworkers Local 6904, a labor organization engaged in an industry affecting commerce, did embezzle, steal and unlawfully and willfully abstract and convert to her own use moneys and funds of said labor organization.

All in violation of Title 29, United States Code, Section 501(c).

CODY HILAND
United States Attorney

ALEXANDER D. MORGAN (0390930)
Assistant United States Attorney
425 West Capitol Avenue, Suite 500
Little Rock, Arkansas 72201
(501) 340-2600
alex.morgan@usdoj.gov